Tiffany M. Cartwright, District Judge
United States District Court,
Western District of Washington
Case No: 3:25-cv-05357-TMC
Plaintiff: Dana Serine Greene
Defendant: GSK plc. (formerly GlaxoSmithKline)

# Notice of Completion of Service

Plaintiff Dana Serine Greene hereby notifies the Court that service of process upon Defendant GSK plc has been completed pursuant to the Hague Service Convention.

On April 21st, 2026, the United Kingdom's Central Authority, the Foreign Process Section (FPS) effected service on Defendant GSK plc. On April 30th, 2026, the Central Authority issued the official Certificate of Service confirming that service.

A copy of the completed and stamped Certificate of Service issued by the FPS is attached hereto as Exhibit A.

Plaintiff submits this notice to confirm that Defendant has been properly served in accordance with applicable international procedures and the requirements of Rule 4(f) of the Federal Rules of Civil Procedure. Proof of service is provided pursuant to Rule 4(l)(2)(A).

Respectfully submitted,
Dana Serine Greene
Plaintiff, Pro Se

Signed: Dana Greene

Dated: 04/30/2026

FILED LODGED
RECEIVED
APR 30 2026
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

EXHIBIT A

F.P ref: **KF-2025-009551**

T A Ref: **3:25 -cv-TMC GSK Plc**

CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention

L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

**1) that the document has been served the (date) 21-04-2026**

**que le demande a ete executee le (date)**

**-at (place, street, number) GSK PLC**

**-a (localite, rue, numero) 79 New Oxford Street, London WC1A 1DG**

- in one of the following methods authorised by article 5:

-dans une des formes suivantes prevues a l'article 5:

a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)

b) in accordance with the following particular method
selon la forme particuliere suivante

**c) by delivery to the addressee, who accepted it voluntarily**

**par remise simple**

**The documents referred to in the request have been delivered to: Brandon ___/___**

**Les documents mentionnes dans la demande ont ete remis a:**

| | |
|---|---|
| **- (identity and description of person)** | **Manager** |
| **- (identite et qualite de la personne)** | |
| **- relationship to the addressee (family, business or other)** | **Employee** |
| **- liens de parente de subordination ou autres avec** | |
| **le desinataire de l'acts** | |

F.P ref: **KF-2025-009551**

T.A Ref: **3:25 -cv-TMC GSK Plc**

~~2) that the document has not been served, by reason of the following facts:~~

~~que la demande n'a pas ete executee, en raison des faits suivants:~~

~~In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.~~

~~Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

the **30-04-2026**

In appropriate cases, documents establishing the service:

le cas echeant, les documents justicatifs de l'execution:

30 APR 2026

Signature and/or stamp:

Signature et/ou cachet: