FILED LODGED
RECEIVED

JUL 17 2026

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

Tiffany M. Cartwright, District Judge
United States District Court,
Western District of Washington
Case No: 3:25-cv-05357-TMC
Plaintiff: Dana Serine Greene
Defendant: GSK plc. (formerly GlaxoSmithKline)

**SUPPLEMENTAL DECLARATION OF DANA SERINE GREENE**

**IN SUPPORT OF PLAINTIFF'S REPLY IN SUPPORT OF**

**MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY**

I, Dana Serine Greene, declare as follows:

1. I am the Plaintiff in the above-captioned action, proceeding pro se. I make this declaration based on my personal knowledge.

2. I submit this declaration to authenticate one exhibit attached to my Reply in support of my Motion for Leave to Conduct Jurisdictional Discovery, filed concurrently herewith.

3. Attached as Exhibit 6 is a true and correct copy of one page from my educational and health records, obtained through a formal records request I submitted to my treating pediatric physician's office.

4. In response to my request, the clinic provided records on CD. That production included a copy of my original request and the clinic's identifying information, together with the records themselves. I did not receive a separate custodian certification with the production.

5. The attached page is a Northshore School District "Physician's Evaluation of Health Impairments" form dated May 3, 2001, reflecting a diagnosis of Generalized Anxiety Disorder and ADHD, inattentive, with "Emotional lability" checked among the possible effects of my health condition and/or medication(s).

6. The date of birth appearing on the original document has been redacted to year only, in compliance with LCR 5.2(a)(1).

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 17 day of July, 2026, in Washington State.

Dana Serine Greene
Plaintiff Pro Se
Case No. 3:25-cv-05357-TMC

# Exhibit 6-

May 2001 school-district health evaluation record

Special Education

# Physician's Evaluation of Health Impairments

Northshore School District
18315 Bothell Way NE
Bothell, WA 98011-1983
(425) 489-6498

Patient name Dana Fryer Birth Date [redacted]87 Today's date 5-3-01

| | |
|---|---|
| ***Purpose of this Form:*** | Following State and Federal regulation, an assessment team is determining this child's eligibility for Special Education. Health Impairments that have educational implications must be documented by a qualified health practitioner. |
| ***Diagnosis:*** | Generalized Anxiety Disorder<br>ADHD, inattentive |
| ***Please check any possible effects of this child's health condition and/or medication(s) on his/her behavior and learning abilities.*** | ☑ Excessive inattention, distractibility<br>☐ Impaired memory<br>☐ Reduced cognitive abilities<br>☐ Impaired vision<br>☐ Impaired hearing<br>☑ Emotional lability<br>☐ Hyperactivity<br>☑ Impulsivity<br>☐ Impaired communication skills<br>☐ Impaired fine-motor skills<br>☐ Impaired gross-motor skills<br>☐ Poor muscle coordination<br>☐ Reduced physical stamina<br>☐ Decreased mobility<br>☐ Other (please specify below in the "Additional Comments" section) |
| ***Medication(s) I am prescribing. (Please also include information about dosage.)*** | per Dr. Robert Devney |
| ***Additional Comments:*** | |

| ***Please print clearly or type.*** | Physician's name: Mitchell Weinberg MD<br>Office/Clinic name: Woodinville Pediatrics<br>Phone: 425 483-5437 FAX: 425-488-4919 | Mailing address: 17000 140th Ave NE 102 Woodinville WA 98072 |
|---|---|---|

Mitch Weinberg
Physician's Signature

5/9/01
Date of signature

| ***When completed, signed and dated, please return this form to:*** | Name | Address |
|---|---|---|
| | City / State / ZIP 98 | Phone / FAX |

Enclosed: Release of Records/Exchange of Information authorization, signed by parent/guardian